**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| GRADY MEMORIAL HOSPITAL CORPORATION and LAW OFFICES OF RONALD I. KAPLAN, MD, LLC, | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE No.: |
| vs. | ) | |
| SMITH DESIGN STUDIOS, LLC, | ) | |
| Defendant. | ) | |

**MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER AND PRELIMARY INJUNCTION**

COME NOW the Plaintiffs, GRADY MEMORIAL HOPSITAL CORPORATION ("Grady") and LAW OFFICES OF RONALD I. KAPLAN, MD, LLC ("Kaplan Firm"), and hereby move for an *ex parte* Temporary Restraining Order and Preliminary Injunction. The bases and legal authorities for this Motion are further set forth in the Brief in Support of this Motion, submitted herewith. As set forth therein, Plaintiffs seek to enjoin Defendant and its co-conspirators from using or negotiating funds and proceeds of funds obtained under false pretenses which were diverted through fraudulent means to a bank account at JPMorgan Chase Bank.

WHEREFORE, Plaintiffs pray for a temporary restraining order and a preliminary/interlocutory injunction through final judgment in this case, including but not limited to an asset freeze as set forth in the proposed Order attached hereto as to JP Morgan Chase bank account number xxxxx7975 and all proceeds and funds derived from the funds stolen from Plaintiffs since December 19, 2022, and for such other and further relief as the Court deems just and proper.

Respectfully submitted, this, the 11th day of December, 2023.

COPELAND, STAIR, VALZ & LOVELL, LLP
By: */s/Mark D. Lefkow*
MARK D. LEFKOW
Georgia Bar No. 004289

***Attorneys for Plaintiff Law Offices of Ronald I. Kaplan, MD, LLC***

191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303
Phone: (404) 522-8220
Fax: (404) 523-2345
Email: mlefkow@csvl.law

WEATHINGTON
By: */s/Jesse K. Broocker*
JESSE K. BROOCKER
Georgia Bar No. 211070
CHARLES N. HAACK
Georgia Bar No. 149589

***Attorneys for Plaintiff Grady Memorial Hospital Corporation***

191 Peachtree Street, N.E.
Suite 3900
Atlanta, Georgia 30303
Phone: (404) 524-1600
Email: jbroocker@weathington.com
chaack@weathington.com

* Local Rule 5.1(C) Certification: This document was prepared using Times New Roman 14-point font, one of the fonts allowed by N.D. Ga. L.R. 5.1(C).