# DECLARATION OF DEANGELO NORRIS

DEANGELO NORRIS, the Declarant, states on oath and deposes as follows:

1.

My name is Deangelo Norris. I am over the age of eighteen (18) years and am legally competent to make this Declaration. The facts stated in this Declaration are within my personal knowledge.

2.

I am an employee of Grady Memorial Hospital Corporation ("Grady").

3.

I was involved on Grady's behalf with a settlement between Grady and claimant Sharon Hawkins ("Hawkins") in 2022.

4.

On or about December 12, 2022, I received an email that appeared to be from Susy Ross at the office of Ronald Kaplan ("Kaplan"), the attorney for Hawkins, requesting that "payment … be processed via electronic transfer … via wire transfer or ACH" to an account for Kaplan. A true and correct copy of this email is attached as Exhibit A.

5.

On December 13, 2022, the person purporting to be Ms. Ross sent me wiring

instructions to Grady requesting that funds Grady intended to pay to Mr. Kaplan for the benefit of Hawkins be wired to JPMorgan Chase account number xxxxx7975 (the "Chase Account"). A true and correct copy of this email is attached as Exhibit B.

6.

On or about December 19, 2022, in reliance on the wiring instructions, Grady wired the sum of $100,000 to the Chase Account, intending to pay these funds to Kaplan for the benefit of Hawkins. A true and correct copy of confirmation of this wire is attached as Exhibit C.

7.

Since sending the wire, I am informed that the Chase Account belongs to Smith Design Studios, LLC ("SDS"), in Brooklyn, NY. SDS has no connection to the settlement between Grady and Hawkins and Grady did not intend to send funds to SDS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this, the 11th day of December, 2023.

**DEANGELO NORRIS**
**Declarant**

From: "Susy Ross" <susy@kaplanlegal.com>
To: "Deangelo Norris" <DNorris@gmh.edu>
CC: "Ronald Kaplan" <rik@kaplanlegal.com>
Date: 12/12/2022 11:50:44 AM
Subject: Re: Hawkins, Sharon Signed release

---

WARNING: This email originated outside the Grady Health System network.
DO NOT OPEN attachments, click on links or reply to message unless you recognize the sender, and know the content is safe. Your ID, password, and other protected Grady information can be at risk. Report suspicious emails to HELP-DESK..

Hi Mr. Norris,

Please be informed that we would prefer if payment can be processed via electronic transfer for faster and secure payment. Kindly confirm you are able to process payment via wire transfer or ACH in order to provide you with our bank details. Your prompt response is much appreciated.

Kindest regards,

Susy

*Susy Ross*, Senior Paralegal
The Law Offices of Ronald I. Kaplan, M.D. LLC
333 Sandy Springs Circle
Suite 200
Atlanta, GA 30328
Tel: 404-845-0012 (Ext. 201)
Fax: 404-845-0028
susy@kaplanlegal.com
www.kaplanlegal.com

**EXHIBIT A**
**Norris Declaration**

Please CLICK HERE to send me secure files

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from The Law Offices of Ronald I. Kaplan, M.D. LLC and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

---

**From:** Deangelo Norris <DNorris@gmh.edu>
**Sent:** Monday, December 12, 2022 11:06AM
**To:** Susy Ross <susy@kaplanlegal.com>
**Cc:** Ronald Kaplan <rik@kaplanlegal.com>
**Subject:** Re: Hawkins, Sharon Signed release

Thanks you for your prompt attention to this.

We will process for payment

Sent from my iPhone please excuse inadvertent typos

> On Dec 12, 2022, at 10:59 AM, Susy Ross <susy@kaplanlegal.com> wrote:

> WARNING: This email originated outside the Grady Health System network.
> DO NOT OPEN attachments, click on links or reply to message unless you recognize the sender, and know the content is safe. Your ID, password, and other protected Grady information can be at risk. Report suspicious emails to HELP-DESK..
> Good morning Mr. Norris, I have attached the signed release.
> Thank you for your attention.
> Kindest regards,
> Susy
>
> *Susy Ross*, Senior Paralegal
> The Law Offices of Ronald I. Kaplan, M.D. LLC
> 333 Sandy Springs Circle
> Suite 200
> Atlanta, GA 30328
> Tel: 404-845-0012 (Ext. 201)
> Fax: 404-845-0028
> susy@kaplanlegal.com
> www.kaplanlegal.com
>
> Please CLICK HERE to send me secure files
>
> CONFIDENTIALITY NOTICE:
> This e-mail and any attachments contain information from The Law Offices of Ronald I. Kaplan, M.D. LLC and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.
>
> <Sharon Hawkins Release Agreement (002) (Autosaved) (3)-67633 copy-67635.pdf>

This message (including any attachments) is intended only for the use of the individual

or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**From:** Susy Ross
**To:** Deangelo Norris; Felecia Daniel; Angela King; Lisa Turman
**Cc:** Teresa Carter; Larshell Boyd
**Subject:** Re: PLEASE ADVISE
**Date:** Tuesday, January 10, 2023 1:26:05 PM
**Attachments:** image.png

---

WARNING: This email originated outside the Grady Health System network.
DO NOT OPEN attachments, click on links or reply to message unless you recognize the sender, and know the content is safe. Your ID, password, and other protected Grady information can be at risk. Report suspicious emails to HELP-DESK..

Mr. Norris, Yes, the bank information below is correct.

Kindest regards,

Susy

*Susy Ross*, Senior Paralegal
The Law Offices of Ronald I. Kaplan, M.D. LLC
333 Sandy Springs Circle
Suite 200
Atlanta, GA 30328
Tel: 404-845-0012 (Ext. 201)
Fax: 404-845-0028
susy@kaplanlegal.com
www.kaplanlegal.com
Please **CLICK HERE** to send me secure files

**CONFIDENTIALITY NOTICE:**
This e-mail and any attachments contain information from The Law Offices of Ronald I Kaplan, M D LLC and are intended solely for the use of the named recipient or recipients This e-mail may contain privileged attorney/client communications or work product Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments

---

**From:** Deangelo Norris <DNorris@gmh.edu>
**Sent:** Tuesday, January 10, 2023 1:22 PM
**To:** Susy Ross <susy@kaplanlegal.com>; Felecia Daniel <FDANIEL@gmh.edu>; Angela King <asking@GMH.EDU>; Lisa Turman <LTURMAN@gmh.edu>
**Cc:** Teresa Carter <tcarter1@gmh.edu>; Larshell Boyd <LBOYD@gmh.edu>
**Subject:** PLEASE ADVISE

Susy:

you requested that the funds be sent as follows:

**EXHIBIT B**
**Norris Declaration**

Susy Ross <susy@kaplanlegal.com>

To: Deangelo Norris; Felecia Daniel; Larshell Boyd

Cc: Ronald Kaplan <rik@kaplanlegal.com>; Lisa Turman

Tue 12/13/2022 12:02

WARNING: This email originated outside the Grady Health System network. DO NOT OPEN attachments, click on links or reply to message unless you recognize the sender, and know the content is safe. Your ID, password, and other protected Grady information can be at risk. Report suspicious emails to HELP-DESK..

Hi Mr. Norris,

Please find below wire instructions for payment, kindly confirm receipt.

Bank details:

JPMorgan Chase Bank

Account#: [redacted]7975

Routing#: [redacted]0021

And that is how we sent the funds...see below:

routing numbers and account numbers match your original request.

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

Settlement Request

Grady Health System

# Memorandum

**TO:** **Teresa Carter**
**Director, Accounting**

**Gina Smith**
**Controller**

**FROM:** **Timothy Jefferson, Esq.**
**Executive Vice President/General Counsel**

***RE:*** ***Settlement Request in the matter of Sharon Hawkins***

**DATE:** December 13, 2022

**The above-referenced case settled for $100,000.00.** This claim is relating to medical negligence involving a retained wire from a cardiac cath. **The Corporation is required to pay $100,000.00.** We would appreciate you processing the settlement from account number 12301-24461 as follows:

| Timothy Jefferson, Esq., Executive Vice President/General Counsel<br>Angela King, Vice President, Risk Management | | |
|---|---|---|
| **Wiring Instructions** | **Account Number** | **Amount** |
| *Ron Kaplan and Sharon Hawkins*<br>*333 Sandy Springs Cir, Suite 200*<br>*Atlanta, Georgia 30328-3834*<br>*EIN 86-2149258*<br><br>Bank details:<br>JPMorgan Chase Bank<br>Account#: [redacted]7975<br>Routing#: [redacted]021 | [redacted] | $100,000.00 |

the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged, and/or exe

**EXHIBIT C**
**Norris Declaration**