# DECLARATION OF RONALD KAPLAN

RONALD KAPLAN, the Declarant, states on oath and deposes as follows:

1.

My name is Ronald Kaplan. I am over the age of eighteen (18) years and am legally competent to make this Declaration. The facts stated in this Declaration are within my personal knowledge.

2.

I am an attorney licensed to practice law in the State of Georgia. In 2022, my law firm, Law Offices of Ronald I. Kaplan, MD, LLC, and I were involved in a settlement of claims for my law firm's client, Sharon Hawkins ("Hawkins"), against Grady Memorial Hospital Corporation ("Grady").

3.

I am informed that Grady wired funds intended for my law firm's account for the benefit of Hawkins to JPMorgan Chase Bank account number xxxxx7975 (the "Chase Account"). My law firm has never banked at JPMorgan Chase Bank and it does not own the Chase Account. Neither I nor anyone else at my law firm instructed Grady to send the funds to the Chase Account.

4.

I am informed that the Chase Account belongs to Smith Design Studios, LLC

("SDS"), in Brooklyn, NY. SDS has no connection to my law firm or the settlement between Grady and Hawkins.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this, the 8th day of December, 2023.

**RONALD KAPLAN**
**Declarant**