CHASE
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2022 through December 30, 2022
Account Number: [redacted]7975

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00570130 DRE 802 219 36522 NNNNNNNNNNN 1 000000000 64 0000
SMITH DESIGN STUDIOS LLC
6823 FORT HAMILTON PKWY STE 180
BROOKLYN NY 11219-5856

## We're changing how we charge fees for ACH Payment Services

On March 1, 2023 we'll remove the $25 monthly subscription fee, and you'll only pay when you use the service.

Here's how the fees will change:

**Today: Monthly subscription cost + transaction fees**
- $25 per month monthly subscription cost
- First 25 payments each month at no additional cost
- After that, each payment costs an additional $0.15 each

**Starting March 1: Transaction fees only**
- First 10 payments each month: $2.50 each
- After that, each payment costs an additional $0.15 each

If you have questions, please call the number on this statement. We appreciate your business.

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$100.00** |
| Deposits and Additions | 2 | 167,200.00 |
| Fees | 1 | -20.00 |
| **Ending Balance** | 3 | **$167,280.00** |

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking[SM] account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $80.00.
- $2,000 Chase Payment Solutions[SM] Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking[SM] account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

CHASE

December 01, 2022 through December 30, 2022
Account Number: [redacted]7975

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/20 | Orig CO Name:Grady Memorial H Orig ID:[redacted]7695 Desc Date: CO Entry Descr:EDI Pymntssec:CCD Trace#:091000019602584 Eed:221220 Ind ID:[redacted] Ind Name:Ron Kaplan Rmr*IV*Settlement**100000*100000\ EDI Trn: 3549602584Tc | $100,000.00 |
| 12/27 | Orig CO Name:Quality Energy S Orig ID:[redacted]9666 Desc Date: CO Entry Descr:ACH Paymensec:PPD Trace#:[redacted] Eed:221223 Ind ID: Ind Name:Romac Environmental Se Trn:[redacted] | 67,200.00 |
| **Total Deposits and Additions** | | **$167,200.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/06 | Orig CO Name:Check OR Supply Orig ID:[redacted] Desc Date:221202 CO Entry Descr:Order Sec:PPD Trace#:[redacted]928 Eed:221206 Ind ID: Ind Name:Smith Design S LLC Trn:[redacted]928Tc | $20.00 |
| **Total Fees** | | **$20.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/06 | $80.00 |
| 12/20 | 100,080.00 |
| 12/27 | 167,280.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

DUPLICATE STATEMENT

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 31, 2022 through January 31, 2023
Account Number: [redacted]7975

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00567340 DRE 802 219 03223 NNNNNNNNNNN 1 000000000 64
SMITH DESIGN STUDIOS LLC
6823 FORT HAMILTON PKWY STE 180
BROOKLYN NY 11219-5856

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$167,280.00** |
| Deposits and Additions | 2 | 38,620.00 |
| Other Withdrawals | 2 | -205,900.00 |
| **Ending Balance** | **4** | **$0.00** |

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $0.00.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

Please note that this account was closed on 01/06/23.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | Orig CO Name:Quality Energy S Orig ID:[redacted]666 Desc Date: CO Entry Descr:ACH Paymensec:PPD Trace#:[redacted]Eed:221230 Ind ID: Ind Name:Romac Environmental Se Trn: [redacted] | $38,600.00 |
| 01/03 | Credit DDA - Credit Deposit | 20.00 |
| **Total Deposits and Additions** | | **$38,620.00** |

CHASE

December 31, 2022 through January 31, 2023
Account Number: [redacted]7975

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 01/03 | Debit DDA - Check Charge | $167,300.00 |
| 01/06 | Debit DDA - Check Charge | 38,600.00 |
| **Total Other Withdrawals** | | **$205,900.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
| --- | --- |
| 01/03 | $38,600.00 |
| 01/06 | 0.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

# Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)**
SMITH DESIGN STUDIOS LLC

**BUSINESS ADDRESS**
1400 7TH AVE N

BIRMINGHAM, AL 35203-1833

**ACCOUNT NUMBER** [redacted]7975
**ACCOUNT TYPE** Chase Business Complete Checking
**TAXPAYER ID NUMBER** [redacted]
**DATE OPENED** 11/28/2022
**FORM OF BUSINESS** Limited Liability Company - Member Managed (LLC)
**ISSUED BY** JPMorgan Chase Bank, N.A ( 802 )
Sheepshead Bay - 103
VALENTINA KUZMINA
(718) 743-2400
11/28/2022

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | [redacted] | AL | 10/20/2022 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT -** By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | KESTON SMITH | [redacted] | | Member | 11-28-22 | K. Smith |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

SB1507992-F1
Page 1



Scan 5

## BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)

CHASE

__X__NEW _______CHANGE

ACCOUNT NO.
[redacted]975

ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)
SMITH DESIGN STUDIOS LLC

BUSINESS ADDRESS
1400 7TH AVE N

BIRMINGHAM, AL 35203-1833

TAXPAYER ID NO.
[redacted]

PRODUCT TYPE
Chase Business Complete Checking

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A ( 802 )

BRANCH NAME AND NO.
BROOKLYN NORTH - 103

DATE
11/28/2022

PREPARED BY
VALENTINA KUZMINA

PHONE NO.
(718) 743-2400

Legal Name of Organization: SMITH DESIGN STUDIOS LLC (the "Organization")

State of Organization: AL

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| KESTON SMITH | Member | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

***CERTIFICATION***
***The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.***

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.


Scan 6

CHASE

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO. 909967975

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.*

***The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.***

K. Smith ~~11-28-2022~~ 11-28-2022

Member or Manager Date
Printed Name: KESTON SMITH

Member or Manager Date
Printed Name:

Member or Manager Date
Printed Name:

Member or Manager Date
Printed Name:

Member or Manager Date
Printed Name:

Member or Manager Date
Printed Name:

Member or Manager Date
Printed Name:

Member or Manager Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

**DISTRIBUTION:** 1) National Account Services 2) Customer