**From:** Lefkow, Mark D.
**To:** Macias, Selene; Rios, Ashley N; Najar, Vanessa
**Cc:** Hall, Kristina R
**Subject:** Re: [EXTERNAL]Chase Account [redacted]7975
**Date:** Friday, December 8, 2023 9:09:37 AM
**Attachments:** image001.png

---

We request a legal hold be placed. They were stolen from a hospital.

Mark D. Lefkow
Partner
d: 404.221.2325 | f: 404.523.2345 | c: 404.849.4614
mlefkow@csvl.law | www.csvl.law
191 Peachtree Street NE, Suite 3600 Atlanta, GA 30303

---

**From:** Macias, Selene <selene.macias@chase.com>
**Sent:** Friday, December 8, 2023 9:06:02 AM
**To:** Lefkow, Mark D. <mlefkow@csvl.law>; Rios, Ashley N <ashley.n.rios@jpmorgan.com>; Najar, Vanessa <vanessa.najar@chase.com>
**Cc:** Hall, Kristina R <kristina.r.hall@jpmchase.com>
**Subject:** RE: [EXTERNAL]Chase Account [redacted]7975

Hello Mark,

Following up on the below email. Yes the funds are still being held here at JPMC.

We had to reach out to the other group that is handling this- as Court Orders and Levies does not have a legal hold on the funds.

Thank You,

Selene Macias | Transactions Manager I | Court Orders & Levies (COAL) | JPMorgan Chase Bank, N A | 20855 Stone Oak Pkwy 3A San Antonio, TX 78258 | W: 210-489-8916 | selene.macias@chase.com

---

**From:** Lefkow, Mark D. <mlefkow@csvl.law>
**Sent:** Monday, December 04, 2023 2:07 PM
**To:** Rios, Ashley N (CCB, USA) <ashley.n.rios@jpmorgan.com>; Macias, Selene (CCB, USA) <selene.macias@chase.com>; Najar, Vanessa (CCB, USA) <vanessa.najar@chase.com>
**Cc:** Hall, Kristina R (CCB, USA) <kristina.r.hall@jpmchase.com>
**Subject:** [EXTERNAL]Chase Account [redacted]7975

Ashley, Selene, Vanessa, and Kristina,

I have another wire fraud matter involving JPMorgan Chase. I served a subpoena on Chase back in October. In this one, a check from Grady Memorial Hospital was fraudulently routed to this Chase account. The documents Chase produced suggest that the account is on restricted status and the funds are being held. Is that still the case and are the funds still being held by JPMC?

Thank you.
-Mark

COPELAND STAIR
VALZ & LOVELL
LLP

Mark D. Lefkow
Partner
d: 404.221.2325 | f: 404.523.2345 | c: 404.849.4614
mlefkow@csvl.law | www.csvl.law
191 Peachtree Street NE, Suite 3600 Atlanta, GA 30303

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.